# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| UNITED SPECIALTY INSURANCE CO. | CIVIL ACTION NO. 20-163 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| SANDHILL PRODUCTION INC., ET AL. | MAGISTRATE JUDGE HORNSBY |

## <u>JUDGMENT</u>

In accordance with, and for the reasons set forth in, the Court's Memorandum Ruling,

**IT IS ORDERED** that Plaintiff's motion for summary judgment [Record Document 22] be and is hereby **GRANTED**. Plaintiff has no coverage obligation to Defendant Sandhill Production Inc. under Policy No. USA4121956, Policy NO. USA4161588, Policy No. USA4219756, or Policy No. USA4268439 related to the November 1, 2018 Compliance Order No. E-I&E18-1147 or to *Litel Explorations LLC v. Sandhill Production Inc., el al.*, Docket No.: C823-17 in the 31st Judicial District Court, Parish of Jefferson Davis, State of Louisiana. Because the Court granted Plaintiff's motion for summary judgment, it issued no ruling on any alternative claims presented in Plaintiff's complaint and these claims against Sandhill Production, Inc. and Wilshire Insurance Company are **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that any pending motions are hereby **DENIED AS MOOT**.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this _____ day of May, 2021.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE